MARIE WOODBURN, Respondent, *v.* CORNELIUS HYATT, Appellant.

*Woodburn* v. *Hyatt*, 54 App. Div. 626, affirmed.
(Argued June 15, 1902; decided June 27, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 24, 1900, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Henry A. Monfort* for appellant.

*Clinton T. Roe* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, MARTIN, VANN and CULLEN, JJ.

---

JOEL A. HAMILTON et al., Respondents, *v.* THE VILLAGE OF OWEGO, Appellant.

*Hamilton* v. *Village of Owego*, 42 App. Div. 312, affirmed.
(Argued June 20, 1902; decided June 27, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered December 19, 1899, affirming a judgment in favor of plaintiffs entered upon the report of a referee.

*Oscar B. Glezen* for appellant.

*Martin S. Lynch* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, MARTIN, VANN and CULLEN, JJ.